# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JACEY PACHA,

    Plaintiff,

vs.

EGS FINANCIAL CARE, INC.,

    Defendant.

Case No. 2:21-cv-7197-GW-JPR

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing.

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

**IT IS SO ORDERED.**

Dated: May 31, 2022

_____
George H. Wu
U.S. DISTRICT JUDGE

-1-